1040

[No. 71305-1-I.  Division One.  June 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ANTONIO BENITEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00822-4, Millie M. Judge, J., entered December 19, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 71838-0-I.  Division One.  June 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL SHELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 13-1-00089-1, Alan R. Hancock, J., entered March 28, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 71903-3-I.  Division One.  June 1, 2015.]

ALAN WHITE ET AL., *Respondents*, v. LAKELAND HOMEOWNERS ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-04780-2, LeRoy McCullough, J., entered April 4, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Leach, JJ.

[No. 71927-1-I.  Division One.  June 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KYRON D. BRISBON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-10042-4, Helen Halpert, J., entered May 2, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Schindler, JJ.